Certificate Number: 12433-PAE-DE-031129774

Bankruptcy Case Number: 18-12828



12433-PAE-DE-031129774

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 4, 2018, at 2:39 o'clock PM EDT, Tiffany D. Gorham completed a course on personal financial management given by telephone by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: June 4, 2018      By: /s/Candace Jones

Name: Candace Jones

Title: Counselor