United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-12828-amc
Tiffany Gorham                                                          Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: admin              Page 1 of 2              Date Rcvd: Aug 10, 2018
                               Form ID: 318             Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2018.
```
db            +Tiffany Gorham,    4425 Knorr Street,    Philadelphia, PA 19135-2241
14097918      +Allied Interstate,    P.O. Box 361445,    Columbus, OH 43236-1445
14097920       City of Philadelphia,    Code Violation Enforcement,    P.O. Box 56318,
               Philadelphia, PA 19130-6318
14097924       DDM Energy,    PO Box 11819,   Newark, NJ 07101-8119
14097932       Geico,   One Geico Plaza,    Bethesda, MD 20810-0001
14097935      +Parking Violations Branch,    913 Filbert Street,    Philadelphia, PA 19107-3117
14097936      +Pennymac Loan Services,    Attn: Bankruptcy,    Po Box 514387,    Los Angeles, CA 90051-4387
14097937       Philadelphia Municipal Court,    Traffic Division,    800 Garden Street,    P.O. Box 56301,
               Philadelphia, PA 19130-6301
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Aug 11 2018 02:23:14     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 11 2018 02:22:13
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 11 2018 02:23:03     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
14097917       EDI: ALLIANCEONE.COM Aug 11 2018 06:08:00      Alliance One Receivable Management,    PO Box 3110,
               Southeastern, PA 19398-3110
14097919      +EDI: CAPITALONE.COM Aug 11 2018 06:08:00      Capital One,
               Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14097921      +EDI: WFNNB.COM Aug 11 2018 06:08:00      Comenity Bank/Victoria Secret,    Attn: Bankruptcy,
               Po Box 182125,    Columbus, OH 43218-2125
14097922      +EDI: WFNNB.COM Aug 11 2018 06:08:00      Comenitybank/hottpic,    Comenity Bank,   Po Box 182125,
               Columbus, OH 43218-2125
14097923       EDI: CONVERGENT.COM Aug 11 2018 06:08:00      Convergent Outsourcing, Inc.,    PO Box 9004,
               Renton, WA 98057-9004
14097925      +EDI: NAVIENTFKASMDOE.COM Aug 11 2018 06:08:00      Dept of Ed / Navient,    Attn: Claims Dept,
               Po Box 9635,   Wilkes Barr, PA 18773-9635
14097930      +EDI: AMINFOFP.COM Aug 11 2018 06:08:00      First Premier Bank,    Po Box 5524,
               Sioux Falls, SD 57117-5524
14097933       EDI: PHINHARRIS Aug 11 2018 06:08:00      Harris & Harris, Ltd.,
               111 West Jackson Boulevard, Suite 400,    Chicago, IL 60604-4135
14097934      +EDI: IIC9.COM Aug 11 2018 06:08:00      I.C. System,   P.O. Box 64378,
               Saint Paul, MN 55164-0378
14099177      +EDI: PRA.COM Aug 11 2018 06:08:00      PRA Receivables Management, LLC,    PO Box 41021,
               Norfolk, VA 23541-1021
14097938      +EDI: RMSC.COM Aug 11 2018 06:08:00      Syncb/home Design Nahf,    950 Forrer Blvd,
               Kettering, OH 45420-1469
14097939      +EDI: RMSC.COM Aug 11 2018 06:08:00      Synchrony Bank/Lowes,    Attn: Bankruptcy,
               Po Box 965060,    Orlando, FL 32896-5060
14097940      +EDI: RMSC.COM Aug 11 2018 06:08:00      Synchrony Bank/Walmart,    Attn: Bankruptcy,
               Po Box 965060,    Orlando, FL 32896-5060
14097941       EDI: AISTMBL.COM Aug 11 2018 06:08:00      T-Mobile,   P.O. Box 742596,
               Cincinnati, OH 45274-2596
14097942      +EDI: WTRRNBANK.COM Aug 11 2018 06:08:00      Tnb-Visa  (TV) / Target,
               C/O Financial & Retail Services,    Mailstop BV   PO Box 9475,    Minneapolis, MN 55440-9475
14097943      +EDI: WFFC.COM Aug 11 2018 06:08:00      Wells Fargo Dealer Services,    PO Box 1697,
               Winterville, NC 28590-1697
                                                                                              TOTAL: 19

             ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
14097926*     +Dept of Ed / Navient,    Attn: Claims Dept,    Po Box 9635,    Wilkes Barr, PA 18773-9635
14097927*     +Dept of Ed / Navient,    Attn: Claims Dept,    Po Box 9635,    Wilkes Barr, PA 18773-9635
14097928*     +Dept of Ed / Navient,    Attn: Claims Dept,    Po Box 9635,    Wilkes Barr, PA 18773-9635
14097929*     +Dept of Ed / Navient,    Attn: Claims Dept,    Po Box 9635,    Wilkes Barr, PA 18773-9635
14097931*     +First Premier Bank,    Po Box 5524,    Sioux Falls, SD 57117-5524
                                                                                 TOTALS: 0, * 5, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: admin              Page 2 of 2              Date Rcvd: Aug 10, 2018
                              Form ID: 318             Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2018 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Tiffany  Gorham dmo160west@gmail.com,
               davidoffenecf@gmail.com
              GARY F. SEITZ    gseitz@gsbblaw.com,   gfs@trustesolutions.net;hsmith@gsbblaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Pennymac Loan Services, LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 4
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Tiffany Gorham** <br> First Name    Middle Name    Last Name | Social Security number or ITIN    **xxx–xx–5708** <br> EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _ <br> EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    **Eastern District of Pennsylvania** | | |
| Case number:    **18–12828–amc** | | |

# Order of Discharge                                                                                           12/15

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   Tiffany Gorham

<u>8/9/18</u>                                                          **By the court:**    <u>Ashely M. Chan</u>
                                                                                      United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

---

Official Form 318                                **Order of Discharge**                                page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

Official Form 318    **Order of Discharge**    page 2